Michael ENDERS, Plaintiff—
Appellant,

v.

Kathleen CRAVEDI, Defendant—
Appellee.

No. 04–1492.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 18, 2004.

Decided Nov. 23, 2004.

Michael Enders, Appellant pro se. Allan A. Noble, Budow & Noble, P.C., Bethesda, Maryland, for Appellee.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Enders appeals the district court's orders denying relief on his civil action, denying his motion for reconsideration, and awarding attorney's fees to Kathleen Cravedi. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Enders v. Cravedi,* No. CA–03–245–PJM (D. Md. filed Oct. 21, 2003 & entered Oct. 22, 2003; filed Jan. 15, 2004 & entered Jan. 16, 2004; Mar. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*